Brandon S. Reif (SBN 214706)
Marc S. Ehrlich (SBN 198112)
**REIF LAW GROUP, P.C.**
10250 Constellation Blvd., Suite 100
Los Angeles, CA 90067
Telephone: 310.494.6500
Email: BReif@reiflawgroup.com
MEhrlich@reiflawgroup.com; Docket@reiflawgroup.com

Attorneys for Plaintiff Ten-X, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| TEN-X, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>        vs.<br><br>GORJIAN CHOWAN CAROLINA LLC, a North Carolina limited liability company; JOEL GORJIAN, an individual and DOES 1 through 6, inclusive,<br><br>                    Defendants. | Case No. 8:18-cv-01731<br><br>**ORDER FOR VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** [18] |

**ORDER FOR VOLUNTARY DISMISSAL UNDER [FRCP 41(a)]**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court orders that this entire federal civil action is dismissed without prejudice with each party bearing his/her/its own attorneys' fees and costs and with no prevailing party finding for either party. The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: January 2, 2019

_____
HONORABLE DAVID O. CARTER
U.S. District Judge